UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BRENDA BANESSA LEAL,<br>"Petitioner,"<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>"Respondent." | §<br>§<br>§<br>§<br>§  Civil Action No. 1:25-cv-00019<br>§<br>§<br>§ |

### ORDER

Before the Court is Petitioner's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Dkt. No. 1) ("Motion") and the Magistrate Judge's "Report and Recommendations" (Dkt. No. 53) ("R&R"). The R&R recommends 1) that the Court grant Petitioner an out-of-time appeal in her underlying criminal case on a finding of ineffective assistance of counsel and 2) that the Court dismiss Petitioner's remaining claims without prejudice. Dkt. No. 53.

The R&R was published September 12, 2025. Dkt. No. 53. After the Court granted an extension, Dkt. No. 55, objections to the R&R were due October 10, 2025. No objections were filed. The Court thus reviews the R&R's conclusions for plain error. See *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS the R&R** (Dkt. No. 53). To apply the R&R's conclusions in alignment with *United States v. West*, 240 F.3d 456 (5th Cir. 2001), it is hereby **ORDERED**:

1) Petitioner is **GRANTED** an out-of-time appeal in *United States of America v. Brenda Banessa Leal*, No. 1:21-cr-00596-6 (S.D. Tex.).

2) The final judgment in *United States of America v. Brenda Banessa Leal*, No. 1:21-cr-00596-6 (S.D. Tex.) is **REINSTATED**.

3) Petitioner's Motion (Dkt. No. 1) is **DISMISSED without prejudice**.

The Clerk of the Court is hereby **ORDERED** to close this case and to re-enter the judgment in the underlying criminal case as a new docket entry.

Signed on this 21st day of October 2025.

Rolando Olvera
United States District Judge